**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiff,
RONIT LARONE, Individually, as
Trustee of the Gary Lang Trust;
and on Behalf of the Class

[*Additional Counsel for Plaintiff listed on the following page.*]

**DENTONS US LLP**
Laura Leigh Geist (SBN 180826)
Kelly R. Graf (SBN 301325)
Thomas R. Worger (SBN 311312)
1999 Harrison St., Suite 1300
Oakland, CA 94612-4709
Tel:  (415) 882-5000
Fax:  (415) 882-0300
Email: laura.geist@dentons.com
Email: kelly.graf@dentons.com
Email: thomas.worger@dentons.com

Attorneys for Defendants,
 METROPOLITAN LIFE INSURANCE COMPANY
and MERCER HEALTH AND BENEFITS ADMINISTRATION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONIT LARONE, Individually, as Trustee of the Gary Lang Trust; and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; MERCER HEALTH AND BENEFITS ADMINISTRATION, LLC, a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00995-AB-AGR<br><br>**JOINT STATUS REPORT**<br><br>**Magistrate**: Hon. Alicia G. Rosenberg<br><br>**Complaint Served**: January 5, 2021<br><br>**Removed:** February 4, 2021 |

1  **WINTERS & ASSOCIATES**
   Jack B. Winters, Jr. (SBN 82998)
2  Georg M. Capielo (SBN 245491)
   Sarah Ball (SBN 292337)
3  8489 La Mesa Boulevard
   La Mesa, California 91942
4  Tel: (619) 234-9000
   Fax: (619) 750-0413
5  Email: jackbwinters@earthlink.net
   Email: gcapielo@einsurelaw.com
6  Email: sball@einsurelaw.com

7  Attorneys for Plaintiff,
   RONIT LARONE, Individually, as
8  Trustee of the Gary Lang Trust;
   and on Behalf of the Class

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05447419.1

2:21-CV-00995-AB-AGR
JOINT STATUS REPORT

Plaintiff Ronit Larone and Defendants Metropolitan Life Insurance Company and Mercer Health and Benefits Administration (collectively the "Parties") hereby submit a Joint Status Report pursuant to the Court's Order of May 12, 2021:

1. This action was stayed on May 12, 2021, pending the California Supreme Court's decision in *McHugh v. Protective Life Ins. Co.*, Case No. S259215, and the Ninth Circuit decisions in *Bentley v. United of Omaha Life Ins. Co.,* Nos. 20-55435 and 20-55466 and *Thomas v. State Farm Ins. Co.,* No. 20-5523.

2. Since the entry of the stay order, the *McHugh* case has been fully briefed by the parties and several amicus curiae. On June 2, 2021, the California Supreme Court held oral argument in the matter. As of the date of this filing, no decision has been issued. Under the Rules, a decision is due within 90 days from argument.

3. Since the entry of the stay order, the Ninth Circuit has stayed both *Thomas* and *Bentley* pending a decision in *McHugh*.

4. Because the appeals in *McHugh*, *Thomas* and *Bentley* have not yet been decided, Plaintiff and Defendants agree that the stay of this action should be maintained.

The filer hereby attests that all other signatories listed, on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

Respectfully submitted:

DATED:   August 10, 2021

**WINTERS & ASSOCIATES**

By:   */s/Sarah Ball*
Sarah Ball (SBN 292337)
Jack B. Winters, Jr. (SBN 82998)
Georg M. Capielo (SBN 245491)
Email: jackbwinters@earthlink.net
Email: gcapielo@einsurelaw.com
Email: sball@einsurelaw.com

**NICHOLAS & TOMASEVIC**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Email: craig@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiff

| | | |
|---|---|---|
| DATED: August 10, 2021 | | **DENTONS US LLP** |
| | By: | */s/Laura Leigh Geist* |
| | | Laura Leigh Geist (SBN 180826) |
| | | 1999 Harrison Street, Suite 1300 |
| | | Oakland, California 94612-4709 |
| | | Telephone: (415) 882-5000 |
| | | Facsimile: (415) 882-0300 |
| | | Email: laura.geist@dentons.com |
| | | Attorneys for Defendants |