**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
jackbwinters@earthlink.net
Sarah Ball (SBN 292337)
sball@einsurelaw.com
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000; Fax: (619) 750-0413

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
cnicholas@nicholaslaw.org
Alex Tomasevic (SBN 245598)
atomasevic@nicholaslaw.org
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492; Fax: (619) 325-0496

Attorneys for Plaintiff
RONIT LARONE,
Individually, as Trustee of the Gary Lang
Trust; and on Behalf of the Class

**DENTONS US LLP**
Sandra D. Hauser, Pro Hac Vice
sandra.hauser@dentons.com
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6702; Fax: (212) 768-6800

*For Additional Counsel, See Next Page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIV. LOS ANGELES

| | |
|---|---|
| RONIT LARONE, Individually, as Trustee of the Gary Lang Trust; and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; MERCER HEALTH AND BENEFITS ADMINISTRATION, LLC, a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00995-AB-AGR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. André Birotte, Jr. |

**DENTONS US LLP**

Michael J. Duvall
michael.duvall@dentons.com
601 So. Figueroa St., Ste. 2500
Los Angeles, CA 90017-5704
Tel: (213) 623-9924
Fax: (213) 623-9924

**DENTONS US LLP**
Spencer D. Hamilton, Pro Hac Vice
spencer.hamilton@dentons.com
2000 McKinney Ave., Ste. 1900
Dallas, TX 75201
Tel: (214) 259-0900
Fax: (214) 259-0910

**DENTONS US LLP**
Jeffrey A. Zachman
jeffrey.zachman@dentons.com
303 Peachtree St., NE, Ste. 5300
Atlanta, GA 30308
Tel (404) 527-8442
Fax (404) 527-4198

Attorneys for Defendants METROPOLITAN LIFE INSURANCE COMPANY and MERCER HEALTH AND BENEFITS ADMINISTRATION, LLC

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff Ronit Larone, and Defendants, Metropolitan Life Insurance Company and Mercer Health and Benefits Administration, LLC, by and through their respective counsel, provide notice that the parties have reached a settlement on an individual/non-class basis that entirely resolves the above-captioned matter. A settlement and release agreement has been signed.

In the interests of judicial economy and to avoid unnecessary expense, the parties respectfully request that the Court: (1) vacate all pending dates and deadlines in this action; and (2) provide the parties thirty (30) days to file an appropriate stipulation of dismissal.

Respectfully submitted:

DATED:  August 15, 2023                     **WINTERS & ASSOCIATES**

By:   */s/ Jack B. Winters, Jr.*
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
Email: jackbwinters@earthlink.net
Email: sball@einsurelaw.com

Attorneys for Plaintiff

DATED:  August 15, 2023                     **DENTONS US LLP**

By:   /s/Sandra D. Hauser

Sandra D. Hauser, Pro Hac Vice
Email: sandra.hauser@dentons.com

Attorneys for Defendants Metropolitan Life Insurance Company and Mercer Health and Benefits Administration, LLC